```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 00257
   ROBERT FORD
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-3252


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/05/2004 and was confirmed 03/01/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 02/04/2008.
------------------------------------------------------------------------------
   CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID            PAID
------------------------------------------------------------------------------
   CAPITAL ONE AUTO FINANCE  SECURED           13000.00        4167.48       13000.00
   US BANK HOME MORTGAGE     CURRENT MORTG     48319.44            .00       48319.44
   US BANK HOME MORTGAGE     MORTGAGE ARRE      8204.87            .00        8204.87
   VILLAGE OF DOLTON         SECURED             600.00          45.21         600.00
   AHS                       UNSECURED        NOT FILED            .00            .00
   AT & T BANKRUPCTY         UNSECURED        NOT FILED            .00            .00
   RESURGENT CAPITAL SERVIC  UNSECURED          2674.09            .00        2320.65
   CITY OF CHICAGO PARKING   UNSECURED           680.00            .00         590.12
   PORTFOLIO RECOVERY ASSOC  UNSECURED           384.96            .00         334.08
   INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED            .00            .00
   UNITED CONSUMER FINANCIA  UNSECURED           216.28            .00         187.69
   RJM ACQUISITIONS          UNSECURED            77.66            .00          67.39
   PAYDAY LOAN STORE         UNSECURED        NOT FILED            .00            .00
   CAPITAL ONE AUTO FINANCE  NOTICE ONLY      NOT FILED            .00            .00
   CAPITAL ONE AUTO FINANCE  UNSECURED           764.81            .00         580.99
   PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                      2,700.00
   TOM VAUGHN                TRUSTEE                                         4,607.10
   DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
   TRUSTEE          85,725.02

   PRIORITY                                      .00
   SECURED                                 70,124.31
      INTEREST                              4,212.69
   UNSECURED                                4,080.92
   ADMINISTRATIVE                           2,700.00
   TRUSTEE COMPENSATION                     4,607.10
   DEBTOR REFUND                                 .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 00257 ROBERT FORD
```

```
                             ---------------      ---------------
TOTALS                           85,725.02            85,725.02
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 05/23/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```